IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT AND EDUCATIONAL FUNDS | : : : : : | CIVIL ACTION |
| v. | : : | NO. 02-4549 |
| PARTNERS ELEVATOR SERVICE, INC. | : | |

**O R D E R**

      AND NOW, this     day of September, 2002, upon review of the record, the Court notes that Complaint was served by personal service on 07/24/02.  The Court further notes that a pleading has not been filed in the above captioned action in response to the Complaint.  You may file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

      If a Request for Default is not filed by October 9, 2002, the court will enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

      **IT IS SO ORDERED.**

      BY THE COURT:

_____
R. Barclay Surrick, Judge