IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT AND EDUCATION FUNDS | : : : : : | CIVIL ACTION<br><br>NO. 02-CV-4549 |
| vs. | : : | |
| PARTNERS ELEVATOR SERVICE, INC. | : | |

O R D E R

   **AND NOW, TO WIT:** This ___ day of September, 2002, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

   **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                     **MICHAEL E. KUNZ**, Clerk of Court

                     **BY:**_____
                       Cathy Luongo
                       Deputy Clerk

Copies FAXED on _____ to:      Copies Mailed on _____ to: